DN:   POSTJUDG.10

RECEIVED MAY 14 2007
The Suffolk County National Bank
Riverhead, New York
Method_____
Initials_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,    )
    Plaintiff,    ) CIVIL ACTION NO.   CV 94 4993
    v.    )
Paul Napoli    )
Patricia Napoli    )
    Defendant(s),    ) HON. Arthur D. Spatt
    and    )
Suffolk County National Bank    )
    Garnishee    )

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 21 2007 ★

ANSWER OF THE GARNISHEE

**LONG ISLAND OFFICE**

<u>Lilia Salcedo</u>_____, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) <u>Operations Specia</u>list

of Garnishee, <u>Suffolk County Nationa</u>l corporation, organized under
                                  Bank

the laws of the State of <u>New York</u>_____.

On <u>5/14/07</u>, 200<u>7</u>, Garnishee was served with the Writ of

Continuing Garnishment.  For the pay period in effect on the date

of service (shown above)

Yes   No

___   _X_   1.  Defendant was in my/our employ.

          1a. Defendant last known address:

          __N/A_____

          2.  Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

          Enter date present pay period began.

          (Present means the pay period in which this order and notice of garnishment were served)

          Enter date above pay period ends.

          3.  Enter amount of net wages. Calculate below:

| | |
|---|---|
| (a) Gross Pay | $_____ |
| (b) Federal income tax | _____ |
| (c) F.I.C.A. income tax | _____ |
| (d) State income tax | _____ |
| Total of tax withholdings | $_____ |
| Net Wages (a less total of b,c,d) | $_____ |

___   ___   4.  Have there been previous garnishments in effect.

N/A

If the answer is yes, describe below.

_____

_____

_____

5. The Garnishee has custody, control or possession of the following property and/or funds (non-earnings), in which the Debtor maintains an interest, as described below:
   N/A

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold

property subject to this order of garnishment.)

___ The Garnishee makes the following claim of exemption on the part of Defendant:

___ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_X_ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Patricia Napoli, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Patricia Napoli, 1026 Martinstein Avenue Bay Shore, NY 11706, and (2) the attorneys for the United States, Solomon and Solomon, P.C., Five Columbia Circle, Box 15019, Albany, NY 12212-5019.

_____
Garnishee  Lilia Salcedo, Specialist

Subscribed and sworn to before me this
_16th_ day of _May_ 200_7_.

_Deanna Miller_
Notary Public

DEANNA L. MILLER
Notary Public, State of New York
No. 4893031
Qualified in Suffolk County
Commission Expires June 18, 2007

My Commission expires: _6/07_

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector. Calls are monitored for quality review purposes.

$0.37
MAY 17 2007
US POSTAGE
FIRST CLASS PRESORT
MAILED FROM 11901
0114A0413004986

FIRST CLASS
PRESORT

Clerk United States District Court
100 Federal Plaza
PO Box 9014
Centeral Islip NY 11722

CAWUS11  11722

SUFFOLK COUNTY
NATIONAL BANK
P.O. Box 9000
Riverhead, New York 11901-9000